# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11911-ELF

CHARLOTTE CLYDE

6518 GUYER AVENUE

PHILADELPHIA, PA 19142

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CHARLOTTE CLYDE

    6518 GUYER AVENUE

    PHILADELPHIA, PA 19142

**Counsel for debtor(s), by electronic notice only.**
    BRUCE J TRAWICK ESQUIRE
    DISTRICT COUNCIL 33 LEGAL SERV
    3001 WALNUT STREET 10TH FLOOR
    PHILA, PA 19104

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 6/19/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee