# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-11911-ELF

CHARLOTTE  CLYDE

6518 GUYER AVENUE

PHILADELPHIA, PA 19142

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHARLOTTE  CLYDE

6518 GUYER AVENUE

PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    BRUCE J TRAWICK ESQUIRE
    DISTRICT COUNCIL 33 LEGAL SERV
    3001 WALNUT STREET 10TH FLOOR
    PHILA, PA 19104

Date: 8/16/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee