UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-11911 ELF |
| | : | |
| | : | CHAPTER 13 |
| CHARLOTTE CLYDE | : | |
| DEBTOR | : | |

# **CERTIFICATION**

I, Bruce J. Trawick, Esquire Counsel for Debtor herein, certify that on the 11th DAY of NOVEMBER 2018, I filed this 2ND AMENDED CHAPTER with the Clerk, U.S. Bankruptcy Court, 3726 U.S. Court House, Philadelphia, PA and served a copy of this Motion, via U.S. Mail, upon the following:

ALL CREDITORS, PER MATRIX

**Office of United States Trustee**
601 Walnut Street, Rm. 950 West
Philadelphia, PA  19106

JOSHUA DOMER
City of Philadelphia Law Department
1401 JFK Blvd
5th Floor
Philadelphia, PA 19102

KEVIN G. MCDONALD
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106


WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107


  /s/ Bruce J. Trawick
Bruce J. Trawick, Esq.