UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLOTTE CLYDE                    Chapter 13

                    Debtor            Bankruptcy No. 18-11911-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: January 16, 2019**          _____
                                    Eric L. Frank
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRUCE J TRAWICK ESQUIRE
DISTRICT COUNCIL 33 LEGAL SERV
3001 WALNUT STREET 10TH FLOOR
PHILA, PA 19104

Debtor:
CHARLOTTE CLYDE

6518 GUYER AVENUE

PHILADELPHIA, PA 19142