United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charlotte Clyde  
    Debtor

Case No. 18-11911-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 2     Date Rcvd: Jan 16, 2019  
                  Form ID: pdf900     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.
```
db             +Charlotte Clyde,    6518 Guyer Avenue,    Philadelphia, PA 19142-2808
14077582       +ASPIRE,    PO BOX 105555,    Atlanta, GA 30348-5555
14077584       +DRESS BARN,    PO BOX 71106,    Charlotte, NC 28272-1106
14077585        FIRST PREMIER CARD,    PO BOX 5579,    Sioux Falls, SD 57117
14110785       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14077592       +UNIVERSAL FIDELITY,    PO BOX 218785,    Houston, TX 77218-8785
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 17 2019 05:33:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2019 05:32:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2019 05:33:03     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jan 17 2019 05:33:17     City of Philadelphia,
                 City of Philadelphia Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
                 Philadelphia, PA  19102
14097057       +E-mail/Text: bankruptcy@sccompanies.com Jan 17 2019 05:33:38     Ashro Lifestyle,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
14077583       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2019 05:34:57     CAPITAL ONE,
                 PO BOX 71083,    Charlotte, NC 28272-1083
14194809        E-mail/Text: megan.harper@phila.gov Jan 17 2019 05:33:18     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14227193       +E-mail/Text: megan.harper@phila.gov Jan 17 2019 05:33:17
                 City of Philadelphia and/or Water Revenue Bureau,    c/o JOSHUA DOMER,
                 Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1617
14096484       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2019 05:32:44     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14077588       +E-mail/Text: bankruptcy@sccompanies.com Jan 17 2019 05:33:38     MIDNIGHT VELVET,
                 1112 7TH AVE,    Monroe, WI 53566-1364
14077589       +E-mail/Text: bankruptcy@sccompanies.com Jan 17 2019 05:33:38     MONROE & MAIN,    1112 7TH AVE.,
                 Monroe, WI 53566-1364
14097070       +E-mail/Text: bankruptcy@sccompanies.com Jan 17 2019 05:33:38     Midnight Velvet,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
14097069       +E-mail/Text: bankruptcy@sccompanies.com Jan 17 2019 05:33:38     Monroe & Main,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
14077590       +E-mail/Text: blegal@phfa.org Jan 17 2019 05:32:47     PHFA,    PO BOX 15057,
                 Harrisburg, PA 17105-5057
14111049       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 17 2019 05:32:56     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14077594       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 17 2019 05:32:00
                 VERIZON,    PO BOX 15124,    Albany, NY 12212-5124
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14077586         JD WILLIAMS
14077587         JESSICA LONDON
14077591*       +PHFA,    PO BOX 15057,    Harrisburg, PA 17105-5057
14077593       ##+VAN RU CREDIT CORP,    1350 E. TOUHY AVE STE 300E,    Des Plaines, IL 60018-3342
                                                                                      TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                  Date Rcvd: Jan 16, 2019
                              Form ID: pdf900             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
              BRUCE J. TRAWICK    on behalf of Debtor Charlotte   Clyde brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              JOSHUA   DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLOTTE CLYDE                    Chapter 13

                Debtor              Bankruptcy No. 18-11911-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: January 16, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
BRUCE J TRAWICK ESQUIRE
DISTRICT COUNCIL 33 LEGAL SERV
3001 WALNUT STREET 10TH FLOOR
PHILA, PA 19104

Debtor:
CHARLOTTE CLYDE

6518 GUYER AVENUE

PHILADELPHIA, PA 19142