# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO.  18-11911 ELF |
| | : | |
| | : | CHAPTER 13 |
| CHARLOTTE CLYDE | : | |
| DEBTOR | : | |

## CERTIFICATION OF NO RESPONSE

I, Bruce J. Trawick, Esquire Counsel for Debtor herein, certify that as of the18th day of FEBRUARY 2019,  I have received no objections or responses to **Debtors Motion  for Reconsideration of Order Granting Dismissal** , which was filed  with the Clerk, U.S. Bankruptcy Court, 3726 U.S. Court House, Philadelphia, PA, on JANUARY 28, 2019, and served  via U.S. Mail as follows:

A review of the Docket, as of **February 18, 2019** also reveals no such objections filed.

Mr. William C. Miller, Esq
Trustee
Chapter 13 Standing Trustee
Post Office Box 40119
Philadelphia PA 19106-0119

U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)
represented by LEON P. HALLER
Purcell, Krug and Haller
1719 North Front Street
Harrisburg, PA 17102-2392

KEVIN G. MCDONALD
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

JOSHUA DOMER
City of Philadelphia Law Department
1401 JFK Blvd
5th Floor
Philadelphia, PA 191

  /S/ Bruce J. Trawick
Bruce J. Trawick, Esq.