# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CHAPTER 13
**Charlotte Clyde**                   :
                                      : BANKRUPTCY NO. **18-11911 ELF**
           Debtor (s)

## **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 09/10/2019 At 10:00 A.M. before the Hon. Eric L. Frank.

Respectfully submitted,

Date: August 5, 2019

/s/LeRoy Wm. Etheridge, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA  19105