United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11911-elf
Charlotte Clyde                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Aug 06, 2019
                              Form ID: 152            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
```
db             +Charlotte Clyde,    6518 Guyer Avenue,    Philadelphia, PA 19142-2808
14077582       +ASPIRE,    PO BOX 105555,    Atlanta, GA 30348-5555
14077584       +DRESS BARN,    PO BOX 71106,    Charlotte, NC 28272-1106
14077585        FIRST PREMIER CARD,    PO BOX 5579,    Sioux Falls, SD 57117
14110785       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,     211 North Front Street,
                 Harrisburg, PA 17101-1406
14077592       +UNIVERSAL FIDELITY,    PO BOX 218785,    Houston, TX 77218-8785
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 07 2019 03:27:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2019 03:26:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 07 2019 03:27:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14097057       +E-mail/Text: bankruptcy@sccompanies.com Aug 07 2019 03:27:17      Ashro Lifestyle,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
14077583       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2019 03:29:47      CAPITAL ONE,
                 PO BOX 71083,    Charlotte, NC 28272-1083
14194809        E-mail/Text: megan.harper@phila.gov Aug 07 2019 03:27:03      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14227193       +E-mail/Text: megan.harper@phila.gov Aug 07 2019 03:27:03
                 City of Philadelphia and/or Water Revenue Bureau,    c/o JOSHUA DOMER,
                 Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1617
14096484       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 07 2019 03:26:57      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14077588       +E-mail/Text: bankruptcy@sccompanies.com Aug 07 2019 03:27:17      MIDNIGHT VELVET,
                 1112 7TH AVE,    Monroe, WI 53566-1364
14077589       +E-mail/Text: bankruptcy@sccompanies.com Aug 07 2019 03:27:17      MONROE & MAIN,    1112 7TH AVE.,
                 Monroe, WI 53566-1364
14097070       +E-mail/Text: bankruptcy@sccompanies.com Aug 07 2019 03:27:17      Midnight Velvet,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
14097069       +E-mail/Text: bankruptcy@sccompanies.com Aug 07 2019 03:27:17      Monroe & Main,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
14077590       +E-mail/Text: blegal@phfa.org Aug 07 2019 03:26:58      PHFA,    PO BOX 15057,
                 Harrisburg, PA 17105-5057
14111049       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 07 2019 03:27:01      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14077594       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 07 2019 03:25:35
                 VERIZON,    PO BOX 15124,    Albany, NY 12212-5124
                                                                                              TOTAL: 15
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14077586         JD WILLIAMS
14077587         JESSICA LONDON
14077591*       +PHFA,    PO BOX 15057,    Harrisburg, PA 17105-5057
14077593       ##+VAN RU CREDIT CORP,    1350 E. TOUHY AVE STE 300E,    Des Plaines, IL 60018-3342
                                                                                   TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD             Page 2 of 2            Date Rcvd: Aug 06, 2019
                              Form ID: 152               Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2019 at the address(es) listed below:
              BRUCE J. TRAWICK    on behalf of Debtor Charlotte  Clyde brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              JOSHUA  DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Charlotte Clyde

    Debtor(s)                                                                   Case No: 18−11911−elf

                                                                                           Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 9/10/19 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


                               For The Court

                               Timothy B. McGrath
                               Clerk of Court