**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-11911 ELF |
| | : | |
| | : | CHAPTER 13 |
| **CHARLOTTE CLYDE** | : | |
| **DEBTOR** | : | |

# CERTIFICATION

    I, Bruce J. Trawick, Esquire Counsel for Debtor herein, certify that on the 5th DAY of JUNE 2019, I filed this AMENDED CHAPTER with the Clerk, U.S. Bankruptcy Court, 3726 U.S. Court House, Philadelphia, PA and served a copy of this AMENDED PLAN on 6/28/2019, via U.S. Mail, and/or Electronic Mail upon the following:

**ALL CREDITORS, PER MATRIX**

**Office of United States Trustee**
601 Walnut Street, Rm. 950 West
Philadelphia, PA  19106

U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)
LEON P. HALLER
Purcell, Krug and Haller
1719 North Front Street
Harrisburg, PA 17102-2392

KEVIN G. MCDONALD
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

City of Philadelphia
City of Philadelphia Law Department
c/o Joshua Domer
1401 JFK Blvd. 5th Floor
Philadelphia, PA 19102

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

  /s/ Bruce J. Trawick
Bruce J. Trawick, Esq.