**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>CHARLOTTE CLYDE<br><br>Debtor. | CHAPTER 13 Case<br><br>No. 18-11911 (ELF) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Charlotte Clyde.

                Respectfully submitted,

Date: March 13, 2020        BY:  */s/ Stephen M. Dunne*
                                         Stephen M. Dunne, Esquire
                                         Dunne Law Offices, P.C.
                                         1515 Market Street, Suite. 1200
                                         Philadelphia, PA  19102
                                         (215) 551-7109 Phone
                                         (215) 525-9721 Fax