# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Charlotte Clyde | : | |
| **Debtor** | : | |
| | : | CHAPTER 13 |
| William C. Miller, Chapter 13 Trustee | : | |
| | : | |
| **Movant** | : | Case No. 18-11911-ELF |
| v. | : | Hearing Date: 04-07-2020 at 10:00 am |
| | : | |
| Charlotte Clyde | : | 11 U.S.C. 362 |
| **Respondent** | : | |

## ANSWER TO TRUSTEE'S MOTION TO DISMISS

And now Charlotte Clyde by her attorney, Stephen M. Dunne, Esquire answers the Trustee's Motion to Dismiss and avers as follows:

1. Denied. Debtor has made all Trustee payments.

WHEREFORE, debtor requests that the Trustee's Motion to Dismiss be denied.

Respectfully submitted,

Stephen M. Dunne, Esquire
/s/ Stephen M. Dunne
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)