**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| **CHARLOTTE CLYDE** | : | **CHAPTER 13 Case** |
| | : | |
| **Debtor.** | : | **No. 18-11911 (ELF)** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Charlotte Clyde.

                  Respectfully submitted,

Date: March 13, 2020           BY: _/s/ Stephen M. Dunne_
                              Stephen M. Dunne, Esquire
                              Dunne Law Offices, P.C.
                              1515 Market Street, Suite. 1200
                              Philadelphia, PA  19102
                              (215) 551-7109 Phone
                              (215) 525-9721 Fax