**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 18-11911-ELF

CHARLOTTE  CLYDE

6518 GUYER AVENUE

PHILADELPHIA, PA 19142

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHARLOTTE  CLYDE

6518 GUYER AVENUE

PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

Date: 8/27/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee