## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:        Charlotte Clyde                    :    Chapter 13
                    Debtor.                      :    Bky. No. 11911-ELF

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

MOVANT, Charlotte Clyde has filed a Motion to Modify Debtor's Confirmed Chapter 13 Plan under §1329(d) - CARES Act with the Court.

**YOUR rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult and attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **February 5, 2021** you or your attorney must do all of the following things:

   (a) **FILE AN ANSWER** explaining your position at:
   United States Bankruptcy Court
   900 Market Street, Suite 400
   Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

**AND** (b) **MAIL A COPY** to the Movant:
   Dunne Law Offices, P.C.
   1515 Market Street, Suite 1200
   Philadelphia, PA 19102

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before Honorable Eric L. Frank, on **February 23, 2021**, at **10.00 AM** in Courtroom **No. 1**, United States Bankruptcy Court, Robert N.C. Nix Federal Building, Second Floor, 900 Market Street, Philadelphia, PA 19107.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated:  **January 21, 2021**