## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| CHARLOTTE CLYDE | : | |
| Debtor. | : | Case No.  18-11911-ELF |

## PRAECIPE TO WITHDRAW

Kindly withdraw Debtor's 4th Amended Plan (D.I. #90) and Notice of Motion (D.I. # 91) which were filed with the incorrect case number.

Dated:  January 22, 2021

Respectfully submitted,

Stephen M. Dunne, Esquire

/s/ Stephen M. Dunne
STEPHEN M. DUNNE
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)
215-525-9721 (F)

Attorney for Debtor