# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**CHARLOTTE CLYDE**

                            **Chapter 13**

**Debtor**                            **Case No. 18-11911**

---

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

      Kindly withdraw my appearance on behalf of Charlotte Clyde in the above referenced Chapter 13 case.

                                    BY: /s/  Stephen Dunne
                                        STEPHEN DUNNE, ESQUIRE
                                        1515 Market Street, Ste. 1200
                                        Philadelphia, PA  19102

      Kindly enter my appearance on behalf of Charlotte Clyde in the above referenced Chapter 13 case.

                                        BY:/s/ Vladislav Kachka
                                        VLADISLAV KACHKA
                                        SPEAR WILDERMAN, P.C.
                                        230 S. Broad Street, Ste. 1400
                                        Philadelphia, PA  19102
                                        (215) 732-0101
                                        (215) 732-7790
                                        vkachka@spearwilderman. com