**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| **CHARLOTTE CLYDE** | : | |
| | : | |
| **Debtor.** | : | **Case No. 18-11911-elf** |

---

# WITHDRAWAL OF APPEARANCE

To the Clerk:

Kindly withdraw my appearance on behalf of Charlotte Clyde and DELETE the following two ECF email addresses associated with this matter:

> **bestcasestephen@gmail.com**

> **dunnesr74587@notify.bestcase.com**


Date: March 1, 2021                    BY: /s/ *Stephen M. Dunne*

                                                            Stephen M. Dunne, Esquire

                                                            Dunne Law Offices, P.C.
1515 Market Street, Suite. 1200
Philadelphia, PA  19102
(215) 551-7109 Phone
(215) 525-9721 Fax