# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                             Chapter 13

                                             Bankruptcy No. 18-11911-ELF

CHARLOTTE CLYDE

6518 GUYER AVENUE

PHILADELPHIA, PA 19142

        Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CHARLOTTE CLYDE

    6518 GUYER AVENUE

    PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    VLADISLAV KACHKA
    230 SOUTH BROAD ST., STE. 1400

    PHILADELPHIA, PA 19102-

Date: 6/25/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee