# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11911-ELF

CHARLOTTE CLYDE

6518 GUYER AVENUE

PHILADELPHIA, PA 19142

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CHARLOTTE CLYDE

  6518 GUYER AVENUE

  PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

  VLADISLAV KACHKA
  230 SOUTH BROAD ST., STE. 1400

  PHILADELPHIA, PA 19102-

Date: 9/28/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee