# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**C HARLOTTE CLYDE**

                                      **Chapter 13**

**Debtor**                                      **Case No. 18-11911**

---

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

      Kindly withdraw my appearance on behalf of Charlotte Clyde in the above referenced Chapter 13 case.

                                  BY: /s/  Vladislav Kachka
                                      VLADISLAV KACHKA, ESQUIRE
                                      SPEAR WILDERMAN, P.C.
                                      230 S. Broad Street, Ste. 1400
                                      Philadelphia, PA  19102
                                      (215) 732-0101
                                      (215) 732-7790
                                      vkachka@spearwilderman.com


      Kindly enter my appearance on behalf of Charlotte Clyde in the above referenced Chapter 13 case.

                                  BY:/s/ Ashley M. Sullivan
                                      ASHLEY M. SULIVAN, ESQUIRE
                                      SPEAR WILDERMAN, P.C.
                                      230 S. Broad Street, Ste. 1400
                                      Philadelphia, PA  19102
                                      (215) 732-0101
                                      (215) 732-7790
                                      asullivan@spearwilderman. com