# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

**C HARLOTTE CLYDE**

                              Chapter 13

**Debtor**                              Case No. 18-11911

## WITHDRAW OF APPEARANCE

To the Clerk:

    Kindly withdraw my appearance on behalf of Charlotte Clyde in the above referenced Chapter 13 case.

                                            BY:/s/ Ashley M. Sullivan
                                                ASHLEY M. SULIVAN, ESQUIRE
                                                SPEAR WILDERMAN, P.C.
                                                230 S. Broad Street, Ste. 1400
                                                Philadelphia, PA  19102
                                                (215) 732-0101
                                                (215) 732-7790
                                                asullivan@spearwilderman. com