**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Charlotte Clyde <br> _Debtor(s)_ | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) <br> _Movant_ <br> vs. | NO. 18-11911 ELF |
| Charlotte Clyde <br> _Debtor(s)_ | 11 U.S.C. Section 362 |
| Kenneth E. West Esq. <br> _Trustee_ | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$1,732.88,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | August 2022 through November 2022 at $538.63/month |
| Suspense Balance: | ($421.64) |
| **Total Post-Petition Arrears** | **$1,732.88** |

2. Debtor(s) shall cure said arrearages in the following manner;

   a). Beginning on December 2022 and continuing through May 2023, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$538.62** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$288.82** towards the arrearages on or before the last day of each month at the address below;

Pennsylvania Housing Finance<br>
211 North Front Street<br>
Harrisburg, PA 17101

_Charlotte Clyde_
ID B3Dsq8KLVLiC5FFwGQK2xVeU

    b).  Maintenance of current monthly mortgage payments to the Movant thereafter.

  3.  Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

  4.  In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

  5.  The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

  6.  If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

  7.  If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

  8.  The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

  9.  The parties agree that a facsimile signature shall be considered an original signature.

Date: November 7, 2022

            /s/ Denise Carlon, Esquire
            Denise Carlon, Esquire
            Attorney for Movant

*Charlotte Clyde*
ID B3Dsq8KLVLiC5FFwGQK2xVeU

Date: November 14, 2022      /s/ Henry A. Jefferson, Esquire
                                                   Henry Jefferson, Esquire
                                                   Attorney for Debtor(s)

Date: 11/16/2022      /s/ LeRoy W. Etheridge, Esquire for *
                                                   Kenneth E. West, Esquire
                                                   Chapter 13 Trustee

*no objection to its terms, without prejudice to any of our rights and remedies

# O R D E R

Approved by the Court this 25th day of November, 2022. However, the court retains discretion regarding entry of any further order.

                                                   **ERIC L. FRANK**
                                                   **U.S. BANKRUPTCY JUDGE**

Charlotte Clyde

ID B3Dsq8KLVLiC5FFwGQK2xVeU