# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11911-ELF

CHARLOTTE  CLYDE

6518 GUYER AVENUE

PHILADELPHIA, PA 19142

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CHARLOTTE  CLYDE

    6518 GUYER AVENUE

    PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    HENRY ALAN JEFFERSON, ESQ
    District Council 33
    3001 Walnut Street 10th Floor
    Philadelphia, PA 19104-

Date: 2/14/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee