IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                           :
                                                 :
    Charlotte Clyde                              :
                                                 :        Bankruptcy No. 18-11911 (amc)
                            Debtor.      :
---------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly withdraw the appearance of JOSHUA DOMER, Esquire as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau in the above-captioned matter.

                                          THE CITY OF PHILADELPHIA

Dated: June 23, 2023        By:    */s/ JOSHUA DOMER*
                                                JOSHUA DOMER
                                                DEPUTY CITY SOLICITOR
                                                PA Attorney I.D. 319190

# **ENTRY OF APPEARANCE**

Kindly enter the appearance of PAMELA ELCHERT THURMOND, Esquire as counsel of record for creditor The City of Philadelphia and/or the Water Revenue Bureau in the above captioned matter.

                                                THE CITY OF PHILADELPHIA

Dated: June 23, 2023        By:    */s/ Pamela Elchert Thurmond*
                                                PAMELA ELCHERT THURMOND
                                                Senior Attorney
                                                PA Attorney I.D. 202054
                                                Attorney for the City of Philadelphia
                                                City of Philadelphia Law Department
                                                Municipal Services Building
                                                1401 JFK Boulevard, 5th Floor
                                                Philadelphia, PA  19102-1595
                                                215-686-0508 (phone)
                                                Email: Pamela.Thurmond@phila.gov