B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

__EASTERN__ District Of __PENNSYLVANIA__

In re __CHARLOTTE CLYDE__          Case No. __18-11911-AMC__
Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: __6518 GUYER AVENUE, PHILADELPHIA, PA  19142__

My current employer and my employer's address: __CITY OF PHILADELPHIA STREETS DEPARTMENT__
__1401 JFK BLVD, PHILADELPHIA, PA 19102__

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☒    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*Charlotte Clyde* (signature)
ID nTgNQWm7zGzfmbreGj7Ne5sQ

*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  _3/17/2025_         /s/ Charlotte Clyde
        Date                ID nTgNQWm7zGzfmbreGj7Ne5sQ
                                                    Debtor

## eSignature Details

**Signer ID:** **nTgNQWm7zGzfmbreGj7Ne5sQ**
Signed by: Charlotte Clyde
Sent to email: charlotte.clyde29@gmail.com
IP Address: 172.56.217.181
Signed at: Mar 17 2025, 9:48 pm EDT