Certificate Number: 05781-PAE-DE-039591503

Bankruptcy Case Number: 18-11911



05781-PAE-DE-039591503

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 24, 2025, at 4:22 o'clock PM PDT, Charlotte Clyde completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 24, 2025

By: /s/Allison M Geving

Name: Allison M Geving

Title: President