**Fill in this information to identify the case:**

Debtor 1    Charlotte Clyde

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number   18-11911-elf

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Pennsylvania Housing Finance Agency

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account:    2    3    9    4

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2020

**New total payment:**    $    534.28
Principal, interest, and escrow, if any

| **Part 1:** | **Escrow Account Payment Adjustment** |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $   178.89        New escrow payment:  $   170.17

| **Part 2:** | **Mortgage Payment Adjustment** |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment:  $ _____

| **Part 3:** | **Other Payment Change** |
| --- | --- |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment:  $ _____

---

Debtor 1 _____    Case number *(if known)* __18-11911-elf__
       First Name    Middle Name    Last Name

---

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/S/ LEON P. HALLER** _____    Date __10/27/2020__
Signature

Print:    **LEON P. HALLER** _____    Title __BANKRUPTCY ATTORNEY__
         First Name    Middle Name    Last Name

Company   **PURCELL KRUG & HALLER** _____

Address    **1719 N. FRONT STREET** _____
         Number      Street

          **HARRISBURG, PA 17102** _____
         City            State   ZIP Code

Contact phone  **717 234 4178** _____    Email __LHALLER@PKH.COM__

---